**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-7233**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SONIA LORRANE HARRIS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, District Judge.  (CR-00-234, CR-00-235, CR-00-236, CA-01-800-1)

─────────────

Submitted:  November 7, 2002       Decided:  November 14, 2002

─────────────

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Sonia Lorrane Harris, Appellant Pro Se.  Paul Alexander Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM

Sonia L. Harris seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on her motion to vacate, set aside, or correct sentence filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken in a proceeding under § 2255 unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2255 motion on the merits, a certificate of appealability will not issue unless the appellant can make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). We have reviewed the record and conclude for the reasons stated by the district court that Harris has not made the requisite showing. <u>See</u> <u>United States v. Harris</u>, Nos. CR-00-234; CR-00-235; CR-00-236; CA-01-800-1 (M.D.N.C. filed May 2, 2002; entered May 3, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2